# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-17-00698-CV

---

**S. P., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

**FROM THE 146TH DISTRICT COURT OF BELL COUNTY**
**NO. 288,227-B, THE HONORABLE JACK WELDON JONES, JUDGE PRESIDING**

---

### O R D E R

**PER CURIAM**

Appellant S.P. filed her notice of appeal on October 16, 2017. The appellate record was complete on October 30, 2017, making appellant's brief due on November 20, 2017. On November 20, 2017, counsel for appellant filed a motion for extension of time to file appellant's brief.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellant's brief no later than December 11, 2017. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on November 27, 2017.


Before Justices Puryear, Field, and Bourland